IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MONICA RENEE WILKINSON,**

   *Petitioner*,

v.                                       Case No.: 5:25cv265-MW/MAF

**RICKY DIXON, Secretary, Florida
Department of Corrections,**

   *Respondent.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Petitioner's failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on March 3, 2026.**

                                                    **s/Mark E. Walker**
                                                    **United States District Judge**